AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ROLAND GARRIS**
**DOB: x/x/xx**
**PDID: xxx-xxx**

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of

my knowledge and belief.  On or about <u>August 25, 2008</u>, in the  District of <u>COLUMBIA</u> defendant (s) did,

(Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess  with intent to distribute a mixture  and  substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance**

in violation of Title _____ **21** _____ United States Code, Section(s) _____ **841(a)(1)** _____ .

I further state that I am  <u>**OFFICER MICHAEL IANNACCHIONE**</u>, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

**Continued on the attached sheet and made a part hereof:**          ☒ Yes   ☐ No

_____

Signature of Complainant
**OFFICER MICHAEL IANNACCHIONE**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS**

**Sworn to before me and subscribed in my presence,**

_____      at      <u>Washington, D.C.</u>

**Date**                                                         **City and State**

_____          _____

**Name & Title of Judicial Officer**                          **Signature of Judicial Officer**

## STATEMENT OF FACTS

On August 25, 2008, members of the Narcotics Special Investigations Division and the Drug Enforcement Administration had obtained a search warrant for the defendant's person, vehicle and apartment.  As officers approached the defendant he fled on foot into 1737 Trinidad Avenue, N.E., Apt. #2, Washington, D.C. and locked the door.  Officers knocked on the door and the lessee opened the door.  The defendant was located in the bathroom and detained by the officers after a brief struggle.  When the officers entered the bathroom the toilet was running.  A search of the toilet resulted in the recovery of 179 ziplock bags of heroin.  A search of the defendant revealed approximately $924 in U.S. currency.  A portion of the heroin was field tested positive for heroin. The heroin weighed approximately 60 grams and indicates that the drugs were going to be sold to others rather than used exclusively by the defendant.  A subsequent search of the defendant's residence pursuant to a search warrant resulted in the recovery of 10 grams of heroin, a loaded .380 caliber hand gun, and some unused empty ziplock bags  from his bedroom.

OFFICER MICHAEL IANNACCHIONE
MPD - NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF AUGUST, 2008.

U.S. MAGISTRATE JUDGE