# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL  NO. 08-523M** |
| **v.** | : | |
| | : | |
| **ROLAND GARRIS** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Frederic Gallun at telephone number (202) 514-6997 and/or email address

Frederic.Gallun@usdoj.gov.  Mr. Gallun will substitute for AUSA Angela George  as counsel for

the United States.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY


         By:     _____/s/_____
                    FREDERIC GALLUN
                    Assistant United States Attorney
                    555 4th Street, N.W. , 4th floor
                    Washington, D.C. 20530
                    (202) 514-6997
                    E-mail: Frederic.Gallun@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was caused to be served by mail upon the attorney for
the DEFENDANT, Lara Gabrielle Quint, Federal Public Defender, 625 Indiana Avenue, Suite 550,
Washington, DC 20004 this 30th day of August 2008.


                    _____
                    FREDERIC GALLUN
                    Assistant United States Attorney